March 31, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES WHITTAKER, Appellant

NO. 14-15-00013-CV          V.

ERNEST HOUSTON, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on December 29, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, James Whittaker.

We further order this decision certified below for observance.